**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:
ALL YEAR HOLDINGS LIMITED,                                    21-12051(MG)

                              Debtor

ZELIG WEISS,

                         Appellant,

                                                             22 **CIVIL** 8867 (CM)

ALL YEAR HOLDINGS LIMITED, YG WV LLC,
WYTHE BERRY MEMBER LLC,

                         Appellees.

                                                             **JUDGMENT**

------------------------------------------------------------X


          It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated

in the Court's Memorandum Decision and Order dated December 12, 2022, the Order of the

Bankruptcy Court is hereby affirmed; accordingly, the case is closed.


**Dated:**  New York, New York
          December 13, 2022

                                                  **RUBY J. KRAJICK**
                                         _____
                                                  **Clerk of Court**
                                     **BY:**
                                         _____
                                                  **Deputy Clerk**